IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 08-cv-01332-REB-KLM

DOETTA J. LIVINGSTON,
DEBORAH RANDALL,
ALBERT R. ESPINOZA,
JADE N. HERNANDEZ,
SANDRA G. SAUNDERS, and
M. CYNTHIA SANCHEZ,

 Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,
LISA ANN MAYA, and
JEFFREY R. CANTRELL,

 Defendants.

## MINUTE ORDER[1]

 The matter comes before the court on the **Unopposed Motion To Vacate and Reset Trial** [#25] filed August 15, 2008.  After review of the motion, the court has concluded that the motion should be granted.

 **THEREFORE, IT IS ORDERED** as follows:

 1.  That the **Unopposed Motion To Vacate and Reset Trial** [#25] filed August 15, 2008, is **GRANTED**;

 2.  That the Trial Preparation Conference set for September 18, 2009, is **VACATED**;

 3.  That the jury trial set to commence October 5, 2009, is **VACATED**; and

 4.  That on **August 26, 2008**, at 10:00 a.m., the court shall conduct a telephonic setting conference in order to reset the trial preparation conference and jury trial in this

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

matter. Counsel for the plaintiff shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

      Dated: August 19, 2008