IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-01332-REB-KLM

DOETTA J. LIVINGSTON,
DEBORAH RANDALL,
ALBERT R. ESPINOZA,
JADE N. HERNANDEZ,
SANDRA G. SAUNDERS, and
M. CYNTHIA SANCHEZ,

      Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,
LISA ANN MAYA, and
JEFFREY R. CANTRELL,

      Defendants.

_____

# MINUTE ORDER
_____

## ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

      This matter is before the Court on the parties' **Joint Motion to Amend Pretrial Order** [Docket No. 45; Filed December 8, 2008] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Accordingly, paragraph 8 of the Scheduling Order [Docket No. 24; Filed August 14, 2008] is amended to include the following:

      A.  The parties further agree that bad faith experts, if endorsed in a timely manner consistent with this Scheduling Conference Order, need only reference and adopt earlier narrative reports from cases involving substantially the same issues as in this case in order to be in compliance with Rule 26(b)(2).

      B.  The parties further agree that no later than 60 days prior to any scheduled trial or hearing on the issues contained in this lawsuit either side can submit to the other side a supplemental report from the expert or experts previously endorsed, and the opposing counsel will then have 30 days to submit a supplemental report in reply or rebuttal to any such report.

      Dated:  December 9, 2008